**REDACTED**

**-FILED-**

JUL 22 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:20-CR-38 |
| | ) | Violation: 18 U.S.C. § 922(g)(1) |
| ROBERT S. DEVREAX III | ) | |

**THE GRAND JURY CHARGES:**

On or about December 7, 2019, in the Northern District of Indiana,

ROBERT S. DEVREAX III,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

On October 30, 2019, Robert S. Devreax III, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D04-1905-F6-537, of Possession of Cocaine, a level 6 felony;

On July 2, 2012, Robert S. Devreax III, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D06-1202-FC-57, of Possession of Cocaine, a Class C felony;

On May 15, 2000, Robert S. Devreax III, was sentenced on his conviction in the Northern District of Indiana, U.S. District Court, case number 1:99-CR-00064-WCL-RBC-1, of Bank Robbery and Knowingly Brandishing a Sawed-off Shotgun During a Crime of Violence;

did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL

/s/ Foreperson
Foreperson

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

By: /s/ Brent A. Ecenbarger
Brent A. Ecenbarger
Assistant United States Attorney